UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-----------------------------------------------------------------x

BIANCA BROOKS,

                     *Plaintiff,*                            17 CV 12917

       *v.*

                                                      **DEFAULT JUDGMENT**

GUSTA ROSSO TRATTORIA & BAR *and* VINCENT
DEMAIO, *individually,*

                     *Defendant.*

-----------------------------------------------------------------x

       This matter having come before the Clerk of the Court on Plaintiffs' Request to Enter Default Judgment against Defendants Gusta Rosso Trattoria & Bar and Vincent DeMaio pursuant to Rule 55(b)10 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and the Clerk of the Court having reviewed the papers submitted in support; and

       IT APPEARING that Plaintiff served the Complaint on March 20, 2018, and no answer to the Complaint having yet been filed; and it further

       APPEARING that on *May 23, 2018*, the Clerk of the Court entered default for failure to appear against Defendants *Gusta Rosso Trattoria & Bar and Vincent DeMaio*, and no answer to the Complaint having yet been filed, it is therefore

       ON THIS *25th* day of *Sept*, 2018, that the ~~CLERK OF THE~~ COURT hereby enters DEFAULT JUDGMENT against Defendants in the amount of **$13,106.43**.

**Dated:** Newark, New Jersey

**Issued:** _____

                                                                                      CLERK OF THE COURT

*So Ordered this 25th day of Sept, 2018*

*Susan D. Wigenton, U.S.D.J.*